**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7003**

---

WARREN PHILLIPS PINK,

Petitioner - Appellant,

versus

CHARLES E. THOMPSON, Warden of the Staunton
Correctional Center,

Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. B. Waugh Crigler, Magistrate Judge.
(CA-95-56-R)

---

Submitted: July 24, 1997          Decided: July 31, 1997

---

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Warren Phillips Pink, Appellant Pro Se. John H. McLees, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Pink v. Thompson</u>, No. CA-95-56-R (W.D. Va. May 13, 1996). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>